# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR., <br><br> Plaintiff, <br><br> v. <br><br> S. PONCE and SIGHN, <br><br> Defendants. | Case Number 1:18-cv-01197-EPG (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY THE $400.00 FILING FEE IN FULL WITHIN FORTY-FIVE DAYS <br><br> (ECF NO. 2) |

Coleman Smith, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 5, 2018, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2). Plaintiff's motion will be denied. As Plaintiff alleges under penalty of perjury that he has $4,488.30 in his account (id. at 2), it appears that Plaintiff can afford to pay the filing fee for this action. In fact, given that Plaintiff received a settlement in the amount of $16,500 (id.), and that he currently has $4,488.30 in his account (id.), it appears that Plaintiff would be required to pay the filing fee in full immediately even if the Court granted Plaintiff's motion. 28 U.S.C. § 1915(b)(1) ("Notwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of-- (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's

1

account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.").

Therefore, Plaintiff's motion to proceed in forma pauperis will be denied and Plaintiff will be required to pay the filing fee of $400.00 for this action in full. However, if Plaintiff's complaint is found to state cognizable claim(s) and service is authorized on any defendant, Plaintiff may move for *in forma pauperis* status for the limited purpose of service of process.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED;
2. If Plaintiff wants to proceed with this action he shall pay the $400.00 filing fee in full within forty-five days of the date of service of this order; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **September 11, 2018**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE