# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR., | Case Number 1:18-cv-01197-EPG (PC) |
| Plaintiff, | ORDER |
| v. | (ECF NO. 6) |
| S. PONCE and SIGHN, | |
| Defendants. | |

Coleman Smith, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 24, 2018, Plaintiff filed a document with the Court. (ECF No. 6). Plaintiff states that he filed two cases by mistake, and that he wishes to proceed with this case.

It is unclear what relief Plaintiff is seeking. It appears that Plaintiff may be attempting to voluntarily dismiss his duplicate case, which he has the right to do under Federal Rule of Civil Procedure 41(a)(1)(A)(i). However, as Plaintiff failed to provide the case number for the duplicate case, the Court is unable to docket the notice in Plaintiff's duplicate case. If Plaintiff wishes to voluntarily dismiss the duplicate case he should file the notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) in the duplicate case.

IT IS SO ORDERED.

Dated: __September 27, 2018__       /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE