UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR., <br><br>  Plaintiff, <br><br> v. <br><br> S. PONCE, et al., <br><br>  Defendants. | Case No. 1:18-cv-01197-AWI-EPG (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (ECF NOS. 12 & 14) <br><br> ORDER DISMISSING ACTION <br><br> ORDER FOR CLERK TO CLOSE CASE |

Coleman Smith, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted." (ECF No. 14, p. 7).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on October 15, 2019, are ADOPTED IN FULL;
2. This action is DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 17, 2020

SENIOR DISTRICT JUDGE